```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 11-05620-MDF
Queen A. Dickey                                                     Chapter 13
         Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0314-1          User: REshelman              Page 1 of 3         Date Rcvd: Nov 01, 2016
                              Form ID: 3180W               Total Noticed: 64
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 03, 2016.
```
db             +Queen A. Dickey,    406 Wynwood Road,    York, PA 17402-4006
cr              JPMORGAN CHASE BANK, NATIONAL ASSOCIATION et al...,     Chase Records Center - Attn: Corresponde,
                 Mail Code LA4-5555 - 700 Kansas Lane,    Monroe, LA 71203
cr             #+Select Portfolio Servicing, Inc,    3815 South West Temple,    Salt Lake City, UT 84115-4412
3925763        +ACS-COLLEGE LOAN CORP,    501 BLEECKER STREET,    UTICA, NY 13501-2401
3925764        +APOTHAKER & ACCOCIATES, P.C.,     2417 WELSH ROAD,    SUITE 21 #520,    PHILADELPHIA, PA 19114-2209
3925765        +ARROW FINANCIAL SERVICES,     5996 W TOUHY AVENUE,    NILES, IL 60714-4610
3964925        +Ann Swartz, Esq.,    KML Law Group, PC,    701 Market Street, Suite 5000,
                 Philiadelphia, PA 19106-1541
3925770        +CITIFINANCIAL,    PO BOX 499,    HANOVER, MD 21076-0499
3925768       ++COLLECT AMERICA LTD,    4340 S MONACO PKWY,    2ND FL,    DENVER CO 80237-3485
               (address filed with court: CACH LLC,     370 17TH STREET, STE 5000,     DENVER, CO  80202)
3925771        +CREDIT BUREAU OF YORK,    33 S DUKE ST,    YORK, PA 17401-1485
4008777        +Citibank NA as Trustee for Certificateholders,     Chase Records Center - Correspondence Ma,
                 Mail Code LA4-555,    700 Kansas Lane,    Monroe, LA 71203-4774
3933813         Citicorp Trust Bank,    PO Box 70923,    Charlotte, NC 28272-0923
3925773         EMC MORTGAGE CORP,    800 STATE HIGHWAY,    121 BYP,    LEWISVILLE, TX 75067-4180
3925778         GLELSI,    PO BOX 7860,   MADISON, WI 53707-7860
3950487         Great Lakes Educational Loan Services,     Claims Filing Unit,    PO Box 8973,
                 Madison, WI 53708-8973
3925780        +JONATHAN A. DICKEY,    6849 HOLLY BERRY COURT,    FORESTVILLE, MD 20747-3253
3955114         JPMorgan Chase Bank, NA,    3415 Vision Serive,    OH-7133,    Columbus, OH 43219
3925781        +MARY F. KENNEDY, ESQUIRE,    1310 INDUSTRIAL BLVD,    1ST FLOOR, SUITE 101,
                 SOUTHAMPTON, PA 18966-4030
3925782         MEMORIAL HOSPITAL,    PO BOX 15118,    YORK, PA 17405-7118
3925783        +MICHAEL ROMAN, SR DEPUTY,    OFFICE OF ATTORNEY GENERAL,     FINANCIAL ENFORCEMENT SECTION,
                 HARRISBURG, PA 17120-0001
3925784        +NORTH STAR CAPITAL ACQ., LLC,     520 FELLOWSHIP ROAD,    APT/STE C306,
                 MOUNT LAUREL, NJ 08054-3407
3925785        +NORTHLAND GROUP INC,    PO BOX 390846,    EDINA, MN 55439-0846
4510156         Navient Solutions, Inc. on behalf of USA Funds,     Attn: Bankruptcy Litigation Unit E3149,
                 PO Box 9430,    Wilkes, Barre, PA 18773-9430
3925789        +SECRETARY OF THE TREASURY,     15TH AND PENN AVENUES NW,    WASHINGTON, DC 20220-0001
3925793        +TRIBUTE/FBOFD,    6 CONCOURSE PKWY,    NE FL 2,    ATLANTA, GA 30328-6117
3925794         UNITED STATES ATTORNEY,    HARRISBURG FEDERAL BUILDING,     P.O. BOX 11754,
                 HARRISBURG, PA 17108-1754
3925795         US DEPT OF EDUCATION/GLEL,    PO BOX 7860,    MADISON, WI 53707-7860
3925796         US DEPT OF JUSTICE,    950 PENNSYLVANIA AVE NW,    WASHINGTON, DC  20530-0001
3925797        +VERIZON MARYLAND,    PO Box 11328,    St Petersburg, FL 33733-1328
4393122        +Wilmington Trust Company, successor tru,     Serviced by Select Portfolio Servicing,,
                 3815 South West Temple,    Salt Lake City, UT 84115-4412
4393123        +Wilmington Trust Company, successor tru,     Serviced by Select Portfolio Servicing,,
                 3815 South West Temple,    Salt Lake City, UT 84115-4412,
                 Wilmington Trust Company, successor tru,     Serviced by Select Portfolio Servicing,
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              EDI: AIS.COM Nov 01 2016 19:03:00      Midland Funding LLC by American InfoSource LP as a,
                 Attn: Department 1,    PO Box 4457,    Houston, TX 77210-4457
cr              EDI: AIS.COM Nov 01 2016 19:03:00      Midland Funding LLC by American InfoSource LP as a,
                 PO Box 4457,    Houston, TX 77210-4457
3925766         EDI: ARSN.COM Nov 01 2016 19:03:00      ASSOCIATED RECOVERY SYSTEMS,    PO BOX 469046,
                 ESCONDIDO, CA 92046-9046
3925767        +E-mail/Text: ACF-EBN@acf-inc.com Nov 01 2016 19:04:52     ATLANTIC CREDIT & FINANCE, INC,
                 3353 ORANGE AVENUE,    ASSIGNEE FROM HSBC,    ROANOKE, VA 24012-6335
3929835         EDI: AIS.COM Nov 01 2016 19:03:00      American InfoSource LP as agent for,
                 T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK 73124-8848
3925769        +EDI: CAPITALONE.COM Nov 01 2016 19:03:00      CAPITAL ONE,    P.O. BOX 30281,
                 SALT LAKE CITY, UT 84130-0281
3925772        +EDI: RCSFNBMARIN.COM Nov 01 2016 19:03:00      CREDIT ONE BANK,    P.O. BOX 98873,
                 LAS VEGAS, NV 89193-8873
3971741         EDI: CAPITALONE.COM Nov 01 2016 19:03:00      Capital One Bank (USA), N.A.,
                 by American InfoSource LP as agent,    PO Box 71083,    Charlotte, NC 28272-1083
3952877         EDI: RECOVERYCORP.COM Nov 01 2016 19:03:00      Capital Recovery II LLC,
                 c/o Recovery Management Systems Corporat,     25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
3999316         EDI: ECMC.COM Nov 01 2016 19:03:00      ECMC,    P.O. Box 75906,    St. Paul, MN  55175
3925774        +EDI: CITICORP.COM Nov 01 2016 19:03:00      EXXONMOBIL/CITIBANK CARDS,    PO BOX 6497,
                 SIOUX FALLS, SD 57117-6497
4000509        +EDI: RESURGENT.COM Nov 01 2016 19:03:00      East Bay Funding, LLC,
                 c/o Resurgent Capital Services,    PO Box 288,    Greenville, SC 29602-0288
3925775        +EDI: AMINFOFP.COM Nov 01 2016 19:03:00      FIRST PREMIER BANK,    3820 N LOUISE AVE,
                 SIOUX FALLS, SD 57107-0145
3925776        +EDI: AMINFOFP.COM Nov 01 2016 19:03:00      FIRST PREMIERE BANK,    3820 N LOUISE AVE,
                 SIOUX FALLS, SD 57107-0145
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
3925777        EDI: RMSC.COM Nov 01 2016 19:03:00      GEMB/JCPENNEY,    PO BOX 981402,
               EL PASO, TX  79998-1402
3925779        EDI: IRS.COM Nov 01 2016 19:03:00       INTERNAL REVENUE SERVICE,   PO BOX 7346,
               PHILADELPHIA, PA  19101-7346
4302424        EDI: AIS.COM Nov 01 2016 19:03:00       Midland Funding LLC,    by American InfoSource LP as agent,
               Attn: Department 1,    PO Box 4457,    Houston, TX  77210-4457
4235890        EDI: AIS.COM Nov 01 2016 19:03:00       Midland Funding LLC,    by American InfoSource LP as agent,
               PO Box 4457,    Houston, TX  77210-4457
4110333       +E-mail/Text: bknotice@ncmllc.com Nov 01 2016 19:05:08      National Capital Management, LLC.,
               8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741
3925786        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 01 2016 19:05:03      PA DEPARTMENT OF REVENUE,
               DEPARTMENT 280946,    ATTN BANKRUPTCY DIVISION,    HARRISBURG, PA  17128-0946
4274109       +EDI: PRA.COM Nov 01 2016 19:03:00       Portfolio Recovery Assocs., LLC,   POB 41067,
               Norfolk, VA 23541-1067
3969572        EDI: RESURGENT.COM Nov 01 2016 19:03:00      Roundup Funding, LLC,   MS 550,   PO Box 91121,
               Seattle, WA 98111-9221
3925788        EDI: NAVIENTFKASMSERV.COM Nov 01 2016 19:03:00       SALLIE MAE SERVICING,    PO BOX 9500,
               WILKES-BARRE, PA  18773-9500
3925791       +E-mail/Text: bankruptcy@hccredit.com Nov 01 2016 19:05:20       THE HC PROCESSING CENTER,
               ASSET RECOVERY DEPARTMENT,    PO BOX 829,    SPRINGDALE, AR 72765-0829
3925792       +EDI: WTRRNBANK.COM Nov 01 2016 19:03:00      TNB-TARGET,   PO BOX 673,
               MINNEAPOLIS, MN 55440-0673
4008652        E-mail/Text: bankruptcy@hccredit.com Nov 01 2016 19:05:20       The HC Processing Center,
               PO Box 829,    Springdale, AR 72765-0829
3982452        EDI: VERIZONEAST.COM Nov 01 2016 19:03:00      VERIZON,   PO BOX 3037,
               BLOOMINGTON, IL  61702-3037
3982454        EDI: VERIZONWIRE.COM Nov 01 2016 19:03:00      VERIZON WIRELESS,    PO BOX 3397,
               BLOOMINGTON, IL 61702-3397
3925798       +EDI: VERIZONWIRE.COM Nov 01 2016 19:03:00      VERIZON WIRELESS,    26935 NORTHWESTERN HIGHWAY,
               SUITE 100-CFS,    SOUTHFIELD, MI 48033-8449
3946172       +EDI: WFFC.COM Nov 01 2016 19:03:00      WELLS FARGO,    P.O. BOX 7648,    BOISE, ID 83707-1648,
               ATTN: TESSIE BIXLER
3925800       +EDI: WFFC.COM Nov 01 2016 19:03:00      WELLS FARGO FINANCIAL AC,    800 WALNUT STREET,
               DES MOINES, IA 50309-3891
3925799       +EDI: WFFC.COM Nov 01 2016 19:03:00      WELLS FARGO FINANCIAL AC,    800 WALNUT STREET,
               DES MOINES, UA 50309-3891
3925801       +EDI: WFFC.COM Nov 01 2016 19:03:00      WF AUTO FINANCE ASSET RECOVERY,
               1460 NORTHWEST VIVION RD,    EASTBROOK PARK,    KANSAS CITY, MD 64118-4555
                                                                                               TOTAL: 33

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +East Bay Funding, LLC,    c/o Resurgent Capital Services,    PO Box 288,
              GREENVILLE, SC 29602-0288
cr*           Midland Funding LLC by American InfoSource LP as a,    Attn: Department 1,    PO Box 4457,
              Houston, TX  77210-4457
cr*          +National Capital Management, LLC,    8245 Tournament Drive,    Suite 230,
              MEMPHIS, TN 38125-1741
cr*          +Portfolio Recovery Assocs., LLC,    POB 41067,    NORFOLK, VA 23541-1067
4302425*      Midland Funding LLC,    by American InfoSource LP as agent,    Attn: Department 1,   PO Box 4457,
              Houston, TX  77210-4457
3925787      ##RJM ACQUISITIONS LLC,    575 UNDERHILL BLVD STE 224,    SYOSSET, NY  11791-3416
3925790      ##+SUPERIOR ASSET MANAGEMENT, INC,    1000 ABERNATHY ROAD,    ATLANTA, GA 30328-5612
                                                                                   TOTALS: 0, * 5, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2016 at the address(es) listed below:

        Ann E. Swartz    on behalf of Creditor    Citibank, N.A., as Trustee for Certificateholders of SACO I Trust 2006-7, Mortgage-Backed Certificates, Series 2006-7 ASwartz@mwc-law.com, ecfmail@mwc-law.com

        Ann E. Swartz    on behalf of Creditor    Citibank, N.A. as Trustee for Bear Stearns Alt-A Trust, Mortgage Pass-Through Certificates, Series 2006-4 ASwartz@mwc-law.com,   ecfmail@mwc-law.com

        Ann E. Swartz    on behalf of Creditor    J.P. Morgan Chase Bank, N.A., as Servicer ASwartz@mwc-law.com,   ecfmail@mwc-law.com

        Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com

        Danielle Boyle-Ebersole    on behalf of Creditor    Wilmington Trust, NA, successor trustee to Citibank, N.A., as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-4, Mortgage Pass-Through Certificate debersole@hoflawgroup.com, bbleming@hoflawgroup.com

        ECMC    djwilcoxson@ecmc.org

        Joshua I Goldman    on behalf of Creditor    Citibank, N.A., as Trustee for Certificateholders of SACO I Trust 2006-7, Mortgage-Backed Certificates, Series 2006-7 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

        Matthew Christian Waldt    on behalf of Creditor    Wilmington Trust, NA, successor trustee to Citibank, N.A., as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-4, Mortgage Pass-Through Certificate mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

        Milsteand and Associates, LLC    on behalf of Creditor    Citibank, N.A., as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-4, Mortgage Pass-Through Certificates, Series 2006-4 dlipow@milsteadlaw.com,   bkecf@milsteadlaw.com

        Robert E Chernicoff    on behalf of Debtor Queen A. Dickey rec@cclawpc.com, jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com

        United States Trustee    ustpregion03.ha.ecf@usdoj.gov

        TOTAL: 11

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Queen A. Dickey** | Social Security number or ITIN  xxx–xx–2631 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | Social Security number or ITIN  _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Middle District of Pennsylvania** | | |
| Case number:  **1:11–bk–05620–MDF** | | |

# Order of Discharge                                                                                                                         12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Queen A. Dickey

**By the court:**   *Mary D. France*

November 1, 2016

Honorable Mary D. France
United States Bankruptcy Judge

By: REshelman, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**