Notice of Undeliverable Mail to Debtor/Debtor's Attorney

November 4, 2016

From: United States Bankruptcy Court, Middle District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
In re: Queen A. Dickey, Case Number 11-05620, MDF

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule. THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.**

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court
Ronald Reagan Federal Building
PO Box 908
Harrisburg, PA 17108**

---

Undeliverable Address:
RJM ACQUISITIONS LLC
575 UNDERHILL BLVD STE 224
SYOSSET, NY 11791-3416

Reason Undeliverable: FORWARDING ADDRESS WITH USPS: PO BOX 1160, SYOSSET NY 11791-0489 FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

RJM ACQUISITIONS LLC
PO BOX 1160,
SYOSSET NY 11791-

Undeliverable Address:
SUPERIOR ASSET MANAGEMENT, INC
1000 ABERNATHY ROAD
ATLANTA, GA 30328

Reason Undeliverable: FORWARDING ADDRESS WITH USPS: 4145 SHACKLEFORD RD STE 330, NORCROSS GA 30093-3541 FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

SUPERIOR ASSET MANAGEMENT, INC
4145 SHACKLEFORD RD STE 330
NORCROSS GA 30093-3541


| /s/ Robert E. Chernicoff, Esquire | 11/4/16 |
|---|---|
| Signature of Debtor or Debtor's Attorney | Date |

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**