Notice of Returned Mail to Debtor/Debtor's Attorney

November 29, 2016

From: United States Bankruptcy Court, Middle District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

In re: Queen A. Dickey, Case Number 11-05620, MDF

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attached document was mailed to the notice recipient(s) listed below via the U.S. Postal Service, and it was returned to the Bankruptcy Noticing Center as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

NOTE: THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by the court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

<u>U.S. Bankruptcy Court</u>
<u>Ronald Reagan Federal Building</u>
<u>PO Box 908</u>
<u>Harrisburg, PA 17108</u>

Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center:

ARROW FINANCIAL SERVICES
5996 W TOUHY AVENUE
NILES, IL 60714-4610

THE UPDATED ADDRESS IS:

Business has Ceased Operations


__/s/ Robert E. Chernicoff, Esquire__          __12/5/16__
Signature of Debtor or Debtor's Attorney         Date


**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**