```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                              Case No. 11-05620-RNO
Queen A. Dickey                                                     Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-1        User: REshelman         Page 1 of 1          Date Rcvd: Mar 29, 2017
                            Form ID: fnldec         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2017.
db             +Queen A. Dickey,    406 Wynwood Road,   York, PA 17402-4006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2017 at the address(es) listed below:

              Ann E. Swartz    on behalf of Creditor   J.P. Morgan Chase Bank, N.A., as Servicer
               ASwartz@mwc-law.com, ecfmail@mwc-law.com
              Ann E. Swartz    on behalf of Creditor   Citibank, N.A., as Trustee for Certificateholders of SACO
               I Trust 2006-7, Mortgage-Backed Certificates, Series 2006-7 ASwartz@mwc-law.com,
               ecfmail@mwc-law.com
              Ann E. Swartz    on behalf of Creditor   Citibank, N.A. as Trustee for Bear Stearns Alt-A Trust,
               Mortgage Pass-Through Certificates, Series 2006-4 ASwartz@mwc-law.com, ecfmail@mwc-law.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Danielle Boyle-Ebersole    on behalf of Creditor   Wilmington Trust, NA, successor trustee to
               Citibank, N.A., as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear
               Stearns ALT-A Trust 2006-4, Mortgage Pass-Through Certificate debersole@hoflawgroup.com,
               bbleming@hoflawgroup.com
              ECMC    djwilcoxson@ecmc.org
              Joshua I Goldman    on behalf of Creditor   Citibank, N.A., as Trustee for Certificateholders of
               SACO I Trust 2006-7, Mortgage-Backed Certificates, Series 2006-7 bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Matthew Christian Waldt    on behalf of Creditor   Wilmington Trust, NA, successor trustee to
               Citibank, N.A., as Trustee for Bear Stearns ALT-A Trust 2006-4, Mortgage Pass-Throuhg
               Certificates, Series 2006-4 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              Matthew Christian Waldt    on behalf of Creditor   Wilmington Trust, NA, successor trustee to
               Citibank, N.A., as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear
               Stearns ALT-A Trust 2006-4, Mortgage Pass-Through Certificate mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Milsteand and Associates, LLC    on behalf of Creditor   Citibank, N.A., as Trustee f/b/o holders
               of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-4, Mortgage
               Pass-Through Certificates, Series 2006-4 dlipow@milsteadlaw.com, bkecf@milsteadlaw.com
              Robert E Chernicoff    on behalf of Debtor Queen A. Dickey rec@cclawpc.com,
               jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
              Thomas I Puleo    on behalf of Creditor   Citibank, N.A. as Trustee for Bear Stearns Alt-A Trust,
               Mortgage Pass-Through Certificates, Series 2006-4 tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 13

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Queen A. Dickey  
406 Wynwood Road  
York, PA 17402

Chapter 13  
Case No. 1:11−bk−05620−RNO

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):  
xxx−xx−2631

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J. DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: March 29, 2017

By the Court,

Honorable Robert N. Opel  
United States Bankruptcy Judge  
By: REshelman, Deputy Clerk